AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SHERRY L MASSENGALE
    Plaintiff

v.   Civil Action No. 2:19-cv-409

WALGREEN COMPANY
THOMAS MIKRUT, *in both his official capacity and his personal capacity*
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: JUDGMENT IS ENTERED in favor of the Defendants Walgreen Company and Thomas Mikrut *in both his official capacity and his personal capacity* and against the Plaintiff Sherry L. Massengale.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Theresa L. Springmann on Motion for Summary Judgment

DATE:   8/1/2022       GARY T. BELL, CLERK OF COURT

    by   s/S. Kowalsky
    *Signature of Clerk or Deputy Clerk*